# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146086

LASALLE BANK MIDWEST, NA, a/k/a
BANK OF AMERICA, NA,
      Plaintiff-Appellant,

v

                           SC: 146086
                           COA: 304111
JOEL ABERNATHY and CARMEN D.      Macomb CC: 2010-002353-CH
ABERNATHY,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the July 26, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013                               _____
                                            Clerk

h0225